| | |
|---|---|
| 1 | Michael J. Miller, VA Bar No. 19171 |
| 2 | J. Christopher Ide, VA Bar No. 19307 |
|   | David C. Andersen, CA Bar No. 194095 |
|   | THE MILLER FIRM, LLC |
| 3 | 108 Railroad Avenue |
|   | Orange, VA 22960 |
| 4 | Telephone: (540) 672-4224 |
|   | Facsimile: (540) 672-3055 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ESTHER BENENATI, WILMA DAVENPORT, AND JAMES MCKNIFF, <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, <br><br> Defendants. | **MDL NO. 1699** <br><br> **District Judge: Charles R. Breyer** <br><br> **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF ESTHER BENENATI** <br><br> Case No. 06-CV-05852-CRB |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff, Esther Benenati, from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

COMPLAINT

1
2   Dated: April 18, 2007                    Respectfully submitted,
3                                            THE MILLER FIRM, LLC
4                                            By: *David C. Andersen*
5                                            DAVID C. ANDERSEN
6
7                                            Michael J. Miller, VA Bar No. 19171
                                             J. Christopher Ide, VA Bar No. 19307
                                             David C. Andersen, CA Bar No. 194095
8                                            THE MILLER FIRM, LLC
                                             108 Railroad Avenue
9                                            Orange, VA 22960
                                             Telephone: (540) 672-4224
10                                           Facsimile: (540) 672-3055
11                                           Attorneys for Plaintiffs
12
13  Dated: 5-14-07                           Respectfully submitted,
14                                           GORDON & REES
15
16                                           By: *Stuart M. Gordon*
17                                           STUART M. GORDON
18
19                                           CA Bar No. 37477
                                             GORDON & REESE
20                                           275 Battery Street, Ste. 2000
                                             San Francisco, CA 94111
21                                           Telephone: (415) 986-5900
                                             Facsimile: (415) 262-3801
22                                           Attorneys for Defendants
23
24  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**
25  Dated: _May 15, 2007_
26
27                                           _____
                                             Hon. Charles R. Breyer
28                                           United States District Judge

-- 2 --                                                                    COMPLAINT